Exhibit 2




# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000738848
Search Results: Displaying 1 of 1 entries



*Colorful world of Snoopy, Linus, Schroeder, Lucy and Charlie Brown.*

**Type of Work:** Text
**Registration Number / Date:** RE0000738848 / 1996-11-21
   Renewal registration for: A00000095985 / 1968-10-01
**Title:** Colorful world of Snoopy, Linus, Schroeder, Lucy and Charlie Brown.
**Copyright Claimant:** Charles M. Schulz (A)
**Basis of Claim:** New Matter: drawing.
**Names:** Schulz, Charles M.



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record   Format for Print/Save |
| Enter your email address: _____  Email |



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = GP0000059162
Search Results: Displaying 1 of 1 entries





*Peanuts; sculpture. By Determined Productions, Inc.*

|  |  |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | RE0000753956 / 1997-04-08 |
|  | Renewal registration for: GP0000059162 / 1968-01-12 |
| **Title:** | Peanuts; sculpture. By Determined Productions, Inc. |
| **Notes:** | Stuffed dog resembling the Peanuts cartoon character Snoopy. |
| **Copyright Claimant:** | United Feature Syndicate, Inc. (PWH) |
| **Copyright Note:** | C.O. correspondence. |
| **Variant title:** | Peanuts |
| **Names:** | [Determined Productions, Inc.](#) |
|  | [United Feature Syndicate, Inc.](#) |



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page


# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = B00000404271
Search Results: Displaying 1 of 4 entries



***Peanuts.***

        **Type of Work:** Serial
**Registration Number / Date:** RE0000723431 / 1996-02-20
                    **Title:** Peanuts.
          **Appears in:** United Feature comics
                 **Notes:** Comic strip.
   **Copyright Claimant:** Charles M. Schulz (A)
         **Contributions:** Issue 1Jan68. Pub. 1968-01-01; B00000404271.
                            Issue 5Jan68. Pub. 1968-01-05; B00000404278.
                            Issue 12Jan68. Pub. 1968-01-12; B00000404277.
                            Issue 19Jan68. Pub. 1968-01-19; B00000404274.
                            Issue 26Jan68. Pub. 1968-01-26; B00000404275.
                            Issue 2Feb68. Pub. 1968-02-02; B00000414823.
                            Issue 9Feb68. Pub. 1968-02-09; B00000414824.
                            Issue 16Feb68. Pub. 1968-02-16; B00000414825.
                            Issue 23Feb68. Pub. 1968-02-23; B00000414826.
                            Issue 1Mar68. Pub. 1968-03-01; B00000421346.
                            Issue 8Mar68. Pub. 1968-03-08; B00000421345.
                            Issue 15Mar68. Pub. 1968-03-15; B00000421344.
                            Issue 22Mar68. Pub. 1968-03-22; B00000421343.
                            Issue 29Mar68. Pub. 1968-03-29; B00000421342.
                            Issue 5Apr68. Pub. 1968-04-05; B00000424066.
                            Issue 12Apr68. Pub. 1968-04-12; B00000424065.
                            Issue 19Apr68. Pub. 1968-04-19; B00000424064.
                            Issue 26Apr68. Pub. 1968-04-26; B00000424063.
                            Issue 3May68. Pub. 1968-05-03; B00000435446.
                            Issue 10May68. Pub. 1968-05-10; B00000435445.

Issue 17May68. Pub. 1968-05-17; B00000435444.
Issue 24May68. Pub. 1968-05-24; B00000435443.
Issue 31May68. Pub. 1968-05-31; B00000435442.
Issue 7Jun68. Pub. 1968-06-07; B00000442027.
Issue 14Jun68. Pub. 1968-06-14; B00000442026.
Issue 21Jun68. Pub. 1968-06-21; B00000442025.
Issue 28Jun68. Pub. 1968-06-28; B00000442024.
Issue 5Jul68. Pub. 1968-07-05; B00000444282.
Issue 12Jul68. Pub. 1968-07-12; B00000444283.
Issue 19Jul68. Pub. 1968-07-19; B00000444284.
Issue 26Jul68. Pub. 1968-07-26; B00000444281.
Issue 2Aug68. Pub. 1968-08-02; B00000453320.
Issue 9Aug68. Pub. 1968-08-09; B00000453316.
Issue 16Aug68. Pub. 1968-08-16; B00000453317.
Issue 23Aug68. Pub. 1968-08-23; B00000453318.
Issue 30Aug68. Pub. 1968-08-30; B00000453319.
Issue 6Sep68. Pub. 1968-09-06; B00000460056.
Issue 13Sep68. Pub. 1968-09-13; B00000460055.
Issue 20Sep68. Pub. 1968-09-20; B00000460054.
Issue 27Sep68. Pub. 1968-09-27; B00000460053.
Issue 4Oct68. Pub. 1968-10-04; B00000470961.
Issue 11Oct68. Pub. 1968-10-11; B00000470962.
Issue 18Oct68. Pub. 1968-10-18; B00000470963.
Issue 25Oct68. Pub. 1968-10-25; B00000470964.
Issue 1Nov68. Pub. 1968-11-01; B00000470965.
Issue 8Nov68. Pub. 1968-11-08; B00000470966.
Issue 15Nov68. Pub. 1968-11-15; B00000470967.
Issue 22Nov68. Pub. 1968-11-22; B00000470968.
Issue 29Nov68. Pub. 1968-11-29; B00000470969.
Issue 6Dec68. Pub. 1968-12-06; B00000484344.
Issue 13Dec68. Pub. 1968-12-13; B00000484345.
Issue 20Dec68. Pub. 1968-12-20; B00000484346.
Issue 27Dec68. Pub. 1968-12-27; B00000484347.

**Names:** Schulz, Charles M.





Help   Search   History   Titles   Start Over