# Exhibit A

| Seller Aliases | Email(s) |
|---|---|
| TAIAN STORE | 13783691249@163.com |
| ShangShangWeiKe | gdohg69@outlook.com |
| xingtuosumaikeji | hao7no@qq.com |
| Nicetee365 | hoanglongteam@gmail.com |
| guangzhounuoyou | jgnoi6842@outlook.com |
| Harmoriaxy-US | lxzhydx123@163.com |
| Shineplitnt | shineplitnt@hotmail.com |
| yalog | ubsafe11@outlook.com |
| luoheminfushangmaoyou | yinguobin4554@outlook.com |
| runshengkejizhongxin | yqkqrskjzx@163.com |
| nanyangshihuiminshixianshipinxiaoshou | zhangyufeng9991@outlook.com |
| Danoltbaby | zhulianguss@outlook.com |
| Drmshops | guoqian2525@outlook.com |
| Super Cute Store | jammy1217wwwww@163.com |
| lun-kiugop | lunkiuylao827@163.com |
| Happy Case wow | szxbdy7@163.com |
| erwe4135 | wytoys1@126.com |
| wanzon | wanzoo@sina.com |
| Helen_apo_s Store | 3180693819@qq.com |
| wayye | chuioy95627@163.com |
| lisihangang | dekyt8751@163.com |
| Zoyzity | huannyt5881@126.com |
| KS EAGLE TOOL | jackie@kseagletool.com |
| Worn Wild | maihongvuviethanh2@outlook.com |
| zhihui16888 | zzjzh41319@163.com |
|  | weigudavid@ip-defense.com; lyon.dong@ip-defense.com; settlement@ip-defense.com; robertlaw@trolaw.net |